FILED
CLERK, U.S. DISTRICT COURT

June 13, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnnie James Wilson, Jr., <br><br> PLAINTIFF(S) <br> v. <br> InterContinental Hotels Group, <br><br> DEFENDANT(S) | CASE NUMBER <br> 5:21-cv-00962-SB-KS <br><br> **ORDER RE REQUEST TO PROCEED** <br> *IN FORMA PAUPERIS* |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____    _____
Date                         United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency         ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☒ Other:  The application form is not complete.  Plaintiff did not answer questions re: "Other Income" and did not answer Question No. 8 re: debts or financial obligations.

Comments:
Recommend 30 days leave to submit a properly completed application.

June 10, 2021                      /s/ Karen L. Stevenson
Date                               United States Magistrate Judge

---

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

* Plaintiff shall have 30 days to submit a properly completed application.  Failure to do so (or instead to pay the filing fee) will result in dismissal.

☐ GRANTED
☒ DENIED (see comments above).* IT IS FURTHER ORDERED that this case is hereby:   ☐ DISMISSED.
                                                                                       ☐ REMANDED.

June 13, 2021                      _____
Date                               United States District Judge